**Harvey YODER, doing business as Marketing Group, Plaintiff–Appellant**

v.

**US FINANCIAL LIFE INSURANCE COMPANY, Defendant–Appellee.**

No. 13–10355.

United States Court of Appeals, Fifth Circuit.

Nov. 14, 2013.

William Kelly Puls, Puls & Liebrecht, P.C., Fort Worth, TX, Fred E. Stoops, Sr., Stoops & Lacourse, P.L.L.C., Tulsa, OK, for Plaintiff–Appellant.

Jill Bohannon Davenport, John M. Barcus, Figari & Davenport, L.L.P., Dallas, TX, for Defendant–Appellee.

Before DAVIS, GARZA, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.